167 A.3d 1293

IN THE MATTER OF JEFFREY M. ADAMS, AN ATTORNEY AT LAW (ATTORNEY NO. 047631990)

September 14, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–319, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JEFFREY M. ADAMS,** formerly of **TOMS RIVER,** who was admitted to the bar of this State in 1990, and who has been suspended from practice since May 1, 2015, should be disbarred for unethical conduct that includes violations of *RPC* 1.15(a) and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.2d* 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.2d* 1174 (1985) (knowing misappropriation of trust and/or escrow funds), *RPC* 1.15(a)(failure to safeguard client or third-party funds), *RPC* 1.15(b)(failure to promptly return client or third party funds), *RPC* 5.5(a)(1)(practicing law while ineligible), *RPC* 8.1(a)(making a false statement to ethics authorities), *RPC* 8.1(b)(failure to cooperate with an ethics investigation), and *RPC* 8.4(d)(failure to file a *Rule* 1:20–20 affidavit following a temporary suspension);

And **JEFFREY M. ADAMS** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JEFFREY M. ADAMS** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **JEFFREY M. ADAMS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.